PLAINTIFF/PETITIONER/MOVANT'S NAME
Karen DerMargosian
PRISON NUMBER

FILED

08 JUN 26 PM 3: 25

PLACE OF CONFINEMENT

CLERK, U.S. DISTRICT C.
SOUTHERN DISTRICT OF CALIF....S

ADDRESS
9914 mission Vega Rd., #1
Santee, CA 92071

BY:   EC    DEPUTY

## United States District Court
## Southern District Of California

'08 CV 1145 JM WMc

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

Plaintiff/Petitioner/Movant

v.

Defendant/Respondent

**MOTION AND DECLARATION UNDER
PENALTY OF PERJURY IN SUPPORT
OF MOTION TO PROCEED _IN FORMA
PAUPERIS_**

I,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without
prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this
proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?    Yes  ✗No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?              Yes✗ No
    Do you receive any payment from the institution?    Yes ✗ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account
    statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                    ::ODMA\PCDOCS\WORDPERFECT\22835\1



2. Are you currently employed?    Yes ☒ No

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

_____

_____

_____

b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

_____

_____

_____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    Yes ☒ No
   b. Rent payments, royalties interest or dividends    Yes ☒ No
   c. Pensions, annuities or life insurance    Yes ☒ No
   d. Disability or workers compensation    Yes ☒ No
   e. Social Security, disability or other welfare    ☒ Yes    No
   e. Gifts or inheritances    Yes ☒ No
   f. Spousal or child support    Yes ☒ No
   g. Any other sources    Yes ☒ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

Social Security Disability is $628.00 a month

_____

4. Do you have any checking account(s)? ☒ Yes    No
   a. Name(s) and address(es) of bank(s): Citibank 5332 Jackson Dr  La Mesa CA 91942
   b. Present balance in account(s) $300.00

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?    Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☒ Yes    No
   a. Make: Toyota    Year: 1997    Model: Tercel
   b. Is it financed?    Yes ☒ No
   c. If so, what is the amount owed?

   Car is used for medical purposes, should be exempt

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?

   Yes ___ X No

   If "Yes" describe the property and state its value. _____

   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   Utilities (gas/electric, phone, etc) $200
   gas                                  $150
   food,                               $200
   car ins                               80
                                       ------
                                        630

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

6/24/08
DATE

_Karen Deimargoslar_
SIGNATURE OF APPLICANT